James Tierney, Jr., by James Tierney, His Guardian ad Litem, et al., Appellants, *v.* New York Dugan Brothers, Inc., Respondent.

Submitted February 24, 1941; decided March 4, 1941.

*George J. Stacy* for motion.
*Lawrence Isaacs* opposed.

Motion denied. Time of appellants extended for three months in order to enable them to move to prosecute appeal as poor persons.